# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1462

_____

| | | |
|---|---|---|
| James Land, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Kenneth S. Apfel, Commissioner of | * | |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 1, 1998
Filed: July 6, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
Circuit Judges.

_____

PER CURIAM.

James Land appeals the District Court's[1] order granting summary judgment to
the Commissioner, and affirming the Commissioner's decision to deny Land
supplemental security income. Having carefully reviewed the record and the parties'

_____

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern
District of Arkansas, to whom the case was referred for final disposition by consent of
the parties pursuant to 28 U.S.C. § 636(c).

submissions, we affirm the judgment of the District Court for the reasons set forth in its memorandum.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.